IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRUCE RICHARD FRIEDMAN,

    Plaintiff,

vs.

NATIONAL INDEMNITY COMPANY,

    Defendant.

8:16CV258

**ORDER**

After reviewing the additional evidence filed by Plaintiff,

IT IS ORDERED that Plaintiff's motion for reconsideration, (Filing No. 11), is denied.

July 15, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge