IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE RICHARD FRIEDMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONAL INDEMNITY COMPANY,<br><br>          Defendant. | 8:16CV258<br><br>**ORDER** |

The parties filed status reports outlining their extensive and ongoing discovery disputes. After conferring with the parties, on the court's own motion, Defendant's report (Filing No. 31), and Plaintiff's reports (Filing Nos. 35 and 36), are now identified as motions to compel, and

IT IS ORDERED:

1)   If any discovery requests at issue that were not identified in the parties' respective status reports (now motions to compel), the party raising those additional issues shall file a supplemental motion to compel no later than November 28, 2016.

2)   The parties' briefs opposing the motions to compel shall be filed on or before December 12, 2016. The parties shall make every effort to concisely state their respective positions, explaining why the opposing parties' discovery is objectionable. If a party is willing to respond, in part, to a discovery request, the brief shall identify that compromise position.

November 19, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge