IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRUCE RICHARD FRIEDMAN,

Plaintiff,

vs.

NATIONAL INDEMNITY COMPANY,

Defendant.

8:16CV258

**ORDER**

Plaintiff states he has now retained counsel. After conferring with Plaintiff and counsel for Defendant,

IT IS ORDERED:

1) The telephone conference scheduled for January 27, 2017 is continued pending further order of the court.

2) On or before February 6, 2017, the parties shall contact the court to set a conference for discussing the pending discovery issues and further progression of this case.

3) The clerk shall send a courtesy copy of this order to Terry A. White at terry@CarlsonBurnett.com.

January 26, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge